

# NUMBER 13-22-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FRANK AHLGREN III AND THE COPERNICAN, LLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

By petition for writ of mandamus, relators Frank Ahlgren III and The Copernican, LLC seek to set aside a turnover order, a sanctions order, and a show cause order, each signed on July 5, 2022. This original proceeding concerns post-judgment efforts by the real parties in interest, Frank Ahlgren Jr. and Elise Leake as co-trustees of the Ahlgren Management Trust, to enforce a judgment that has been partially superseded and is pending appeal in this Court in our cause number 13-22-00029-CV. The appeal was

transferred to this Court from the Third Court of Appeals pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. This original proceeding, which was originally filed in the Third Court of Appeals, was likewise transferred to this Court. *See* Misc. Docket No. 22-9055 (Tex. July 13, 2022). Before the petition for writ of mandamus was transferred to this Court, the Third Court of Appeals issued an order on July 12, 2022, which partially granted relators' emergency motion for temporary relief and temporarily stayed "the trial court's July 5, 2022 'turnover' order and July 5, 2022 order imposing sanctions pending further order of this or another intermediate court of appeals." *See* TEX. R. APP. P. 52.10(b).

This Court, having examined and fully considered relators' emergency motion for temporary relief, the response thereto filed by the real parties in interest, and the July 12, 2022 order issued by the Third Court of Appeals, is of the opinion that the stay previously granted by that Court should be continued and expanded in this Court. Accordingly, we grant the relators' emergency motion for temporary relief. We order the turnover order, sanction order, *and* show cause order to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real parties in interest as identified above, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
26th day of July, 2022.

2